Melanie A. Ayerh (State Bar No. 303211)
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone:    (213) 439-9400
Facsimile:    (213) 439-9599
*mayerh@steptoe.com*

Sarah D. Gordon (*pro hac vice pending*)
Catherine D. Cockerham (*pro hac vice pending*)
Johanna Dennehy (*pro hac vice pending*)
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, District of Columbia 20036
Telephone:    (202) 429-3000
Facsimile:    (202) 429-3902
*sgordon@steptoe.com*
*ccockerham@steptoe.com*
*jdennehy@steptoe.com*

Attorneys for Defendant Hartford Fire
Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LULU'S FASHION LOUNGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:20-cv-01836-MCE-DMC<br><br>**JOINT STIPULATION AND ORDER TO ESTABLISH SCHEDULE FOR BRIEFING DEFENDANT'S MOTION TO DISMISS**<br><br>The Honorable Morrison C. England, Jr.<br><br>Date:    December 17, 2020<br>Time:    2:00 p.m.<br>Ctrm.:    7<br><br>Trial Date:  None Set |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to Local Rule 143, the parties hereto, Plaintiff Lulu's Fashion Lounge LLC ("Plaintiff") and Defendant Hartford Fire Insurance Company ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on October 22, 2020, Defendant will file a motion to dismiss Plaintiff's Complaint; and

WHEREAS, counsel for the parties have conferred and have agreed to a briefing schedule that will allow both parties sufficient time to brief the issues raised in Defendant's motion and that will result in the completion of briefing within the time required by Local Rule 230(d),

**IT IS HEREBY STIPULATED AND AGREED** that:

1. Defendant will notice its motion to dismiss for December 17, 2020;
2. Plaintiff will file its response to the motion no later than November 24, 2020; and
3. Defendant will file its reply no later than December 10, 2020.

IT IS SO STIPULATED.

DATED: October 22, 2020                    STEPTOE & JOHNSON LLP

By:    /s/ Melanie A. Ayerh
    Melanie A. Ayerh (State Bar No. 303211)
    Sarah D. Gordon (*pro hac vice pending*)
    Catherine D. Cockerham (*pro hac vice pending*)
    Johanna Dennehy (*pro hac vice pending*)

*Attorneys for Defendant Hartford Fire Insurance Company*

| | |
|---|---|
| DATED: October 22, 2020 | HUNTON ANDREWS KURTH LLP |
| | By: /s/ Scott P. DeVries |
| | (as authorized on October 22, 2020) |
| | Scott P. DeVries |
| | Walter J. Andrews |
| | (*pro hac vice pending*) |
| | Latosha M. Ellis |
| | (*pro hac vice pending*) |
| | Michael L. Huggins |
| | |
| | *Attorneys for Plaintiff Lulu's Fashion Lounge LLC* |

\* \* \*

**ORDER**

**IT IS SO ORDERED.**

Dated: November 3, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE