## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**LULUS FASHION LOUNGE LLC,**

　　　　　　　v.

CASE NO: **2:20–CV–01836–MCE–DMC**

**HARTFORD FIRE INSURANCE COMPANY,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

　**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/5/22**

　　　　　　　　　　　　　　　　**Keith Holland**
　　　　　　　　　　　　　　　　Clerk of Court

ENTERED:  **April 5, 2022**

　　　　　　　　　　　　by: /s/ A. Kastilahn
　　　　　　　　　　　　　　Deputy Clerk